IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Richmond Division



FILED
AUG - 2 2022
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. 3:22CR 113 |
| v. | 18 U.S.C. § 922(g)(1) |
| | Possession of a Firearm and Ammunition |
| RASHON CURTIS TORRENCE, | by a Convicted Felon |
| | (Count One) |
| Defendant. | |
| | Forfeiture Allegation |

August 2022 Term – at Richmond, Virginia

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Possession of a Firearm and Ammunition by a Convicted Felon)

On or about January 3, 2022, in the Eastern District of Virginia, the defendant, RASHON CURTIS TORRENCE, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm and ammunition, to wit: (1) a Ruger, Model LC9S, 9mm, semi-automatic pistol, bearing serial number 327-70293, and (2) various ammunition, to include 9mm rounds, that had been shipped and transported in interstate and foreign commerce.

(In violation of Title 18, United States Code, Sections 922(g)(1).)

## FORFEITURE ALLEGATION

Pursuant to Rule 32.2(a) Fed. R. Crim. P., the defendant is hereby notified that if convicted of the offense charged in Count One of this Indictment, he shall forfeit any firearm or ammunition involved in or used in any knowing violation of the offense charged.

Property subject to forfeiture includes, but is not limited to:

(1) Ruger, Model LC9S, 9mm, semi-automatic pistol, bearing serial number 327-70293; and

(2) all accompanying ammunition.

If property subject to forfeiture cannot be located, the United States will seek an order forfeiting substitute assets.

(In accordance with Title 18, United States Code, Section 924(d), incorporated by Title 28, United States Code, Section 2461(c)) and Title 21, United States Code, Section 853).

A TRUE BILL:

_____
FOREPERSON

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

JESSICA D. ABER
United States Attorney

By: *[signature: Jessica L. Wright]*
Jessica L. Wright
Stephen Miller
Assistant United States Attorneys