AO 442 (Rev. 11/11) Arrest Warrant                                   1455456

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:22cr113 **DETAINER** |
| | ) | |
| Rashon Curtis Torrence | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* RASHON CURTIS TORRENCE,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Date: 08/03/2022

*Issuing officer's signature*

City and state: Richmond, Vrginia

A. Duncan, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 08/03/2022, and the person was arrested on *(date)* 09/26/2022
at *(city and state)* RICHMOND, VA.

Date: 09/26/2022

*Arresting officer's signature*

SA JH Larch
*Printed name and title*