**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 3:23-cr-113 |
| | ) | Hon. David J. Novak |
| **RASHON TORRENCE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION TO WITHDRAW AS ATTORNEY

On September 26, 2022, the Court issued an Order appointing the Office of the Federal Public Defender to represent Mr. Torrence on an indictment charging him with Possession of a Firearm and Ammunition by a Convicted Felon in violation of 18 U.S.C. § 922(g)(1). ECF Nos. 1, 7.

After review of the case, the Court orders, and the documents in PACER, and review of the Office of the Federal Public Defender's clients and former clients, undersigned counsel determined that a conflict of interest exists with our representation of Mr. Torrence.  This conflict of interest prevents anyone at the Office of the Federal Public Defender from representing Mr. Torrence.

Therefore, defense counsel requests the Court allow the Office of the Federal Public Defender to withdraw and that conflict-free counsel be appointed to Mr. Torrence.

                                                Respectfully Submitted,
                                                RASHON TORRENCE

By:      _____/s/_____
           Darius R. Holloway
           Va. Bar No. 92914
           Counsel for Mr. Torrence
           Assistant Federal Public Defender
           Office of the Federal Public Defender
           701 E. Broad Street, Suite 3600

Richmond, Virginia 23219
(804) 565-0886
(804) 648-5033 (fax)
Darius_holloway@fd.org