IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 3:22-cr-00113 |
| | ) | |
| v. | ) | |
| | ) | |
| RASHON CURTIS TORRENCE, | ) | |
| | ) | |
| Defendant. | ) | |

**VERDICT FORM**

**COUNT ONE**

(Possession of a Firearm or Ammunition by a Convicted Felon)

We, the jury, unanimously find the defendant, RASHON CURTIS TORRENCE,

__Guilty__ as charged in Count One of the Superseding Indictment.
(Guilty or Not Guilty)

So, Say We All, this 24 day of Feb, 2023

___SEALED___
FOREPERSON